AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS | MAY – 5 2019 |
|---|---|---|---|
| | McALLEN DIVISION | | David J. Bradley, Clerk |

UNITED STATES OF AMERICA

V.

Jorge Antonio Rivera-Cruz

## CRIMINAL COMPLAINT

Case Number:   M-19-1027-M

**IAE        YOB:   1960**
**Honduras**
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about _____ May 4, 2019 _____ in ___ Hidalgo ___ County, in

the ___ Southern ___ District of ___ Texas ___
(*Track Statutory Language of Offense*)

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and
thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the
Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United
States;

in violation of Title ___ 8 ___ United States Code, Section(s) ___ 1326 ___ (Felony)
I further state that I am a(n) __Senior Patrol Agent__  and that this complaint is based on the
following facts:

Jorge Antonio Rivera-Cruz was encountered by Border Patrol Agents near Hidalgo, Texas on May 4, 2019. The investigating agent
established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered
the United States on May 4, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from
the United States on April 21, 2017 through Dallas, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return
to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on May 5, 2019.

Continued on the attached sheet and made a part of this complaint:                    ☐ Yes    ☒ No

Submitted by reliable electronic means, sworn to and attested
telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

/S/ Cipriano Shears
**Signature of Complainant**

**May 5, 2019**                              4:02 p.m.

Cipriano Shears           Senior Patrol Agent

Peter E. Ormsby                  , U.S. Magistrate Judge
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**